AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants Scott Davis
and Brian Williams*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WRAY HERNDON,<br><br>                 Plaintiff,<br><br>v.<br><br>STATE OF NEVADA ex rel, NDOC, *et al*,<br><br>                 Defendants. | Case No. 3:22-cv-00271-ART-CLB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT PRETRIAL ORDER** |

      Defendants, Scott Davis, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby move this Court for an extension of time to file the Joint Pretrial Order. This Motion is made and based upon Federal Rule of Civil Procedure 6(b)(1)(A), the attached Points and Authorities, the papers and pleadings on file herein, and such other and further information as this Court may deem appropriate.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.    ARGUMENT**

      Defendants respectfully request an extension of time out from the current deadline (January 15, 2025) to file the Joint Pretrial Order in this matter. This Court ordered the Parties to provide a proposed Joint Pretrial Order by January 15, 2025. (ECF No. 48) Counsel for the Defendant prepared a proposed Joint Pretrial Order and mailed it to Mr. Herndon, plaintiff in this matter, for his review and comment on December 19, 2024. To date, Mr. Herndon has not responded to counsel with his comments or approval. Due to

Page **1**

the holidays, and preparation for a jury trial in Las Vegas, Counsel has neglected to contact Mr. Herndon to discuss this matter. A call is set for next week, and this matter will be discussed by the parties. Therefore, the Defendants request additional time to provide the Joint Pretrial Order to the Court.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case but will allow the parties to provide a completed Joint Pretrial Order to the Court. The requested extension of time should permit the parties time to adequately research draft and submit the order in this case. Defendants assert that the requisite good cause is present to warrant the requested extension of time. Therefore, the Defendants request an extension, until **February 14, 2025**, to submit the Proposed Joint Pretrial Order to the Court.

DATED this 15th day of January, 2025.

AARON D. FORD
Attorney General

By: /s/*Douglas R. Rands*
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**
**DATED:** January 16, 2025