**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS WRAY HERNDON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA ex rel, NDOC, *et al*,<br><br>Defendants. | Case No. 3:22-cv-00271-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE** |

Plaintiff, Thomas Wray Herndon (Plaintiff) by and through counsel, DICKINSON WRIGHT, Justin Bustos and Alexis Taitel and Defendants, Nevada Department of Corrections ("NDOC"), Brian Williams, and Scott Davis ("Defendants"), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should

///

///

///

///

///

///

///

///

1

be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 7th day of April, 2026.

DICKINSON WRIGHT  PLLC

By: /s/ *Alexis M. Taitel*
    Dickinson Wright PLLC
    Alexis M. Taitel, Esq.

*Attorneys for Plaintiffs*

DATED this 6th day of April, 2026.

AARON D. FORD
Attorney General

By:    /s/ *Douglas R. Rands*
    Douglas R. Rands, Bar. No. 3572
    Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: April 8, 2026